SOUTH, INC. v. MORTGAGE CORP.

No. 16 PC.

Case below: 11 N.C. App. 651.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.

STATE v. BENNETT

No. 12 PC.

Case below: 12 N.C. App. 42.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 7 September 1971.

STATE v. McDONALD

No. 107 PC.

Case below: 11 N.C. App. 497.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.

STATE v. MOFFITT

No. 74.

Case below: 11 N.C. App. 337.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 September 1971.

STATE v. PARKER

No. 15 PC.

Case below: 11 N.C. App. 648.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.

STATE v. POWELL

No. 105 PC.

Case below: 11 N.C. App. 465.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.